UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00221

**Jay Williams,**
*Plaintiff,*

v.

**Kevin Jeffries,**
*Defendant.*

**ORDER**

Plaintiff Jay Williams, a prisoner proceeding pro se, filed this civil-rights proceeding pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

The magistrate judge issued a report recommending that this lawsuit be dismissed without prejudice for plaintiff's failure to comply with an order of the court. Doc. 3. A copy of this report was sent to plaintiff at his last-known address. The copy was returned as undeliverable with the inscription "refused[,] unable to forward." Doc. 4.

The Local Rules state that a pro se litigant "must provide the court with a physical address . . . and is responsible for keeping the clerk advised in writing of his or her current physical address." Local Rule CV-11(d); *see also Anderson v. Munger*, No. 5:17-cv-00175, 2019 WL 2929056, at *1 (E.D. Tex. July 8, 2019) ("The Court has no duty to locate litigants . . . ."). Plaintiff has not updated his address, filed objections to the report, or otherwise communicated with the court. The objection period in this case has long since expired.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

    Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's lawsuit is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on March 3, 2025.*

                         J. CAMPBELL BARKER
                         United States District Judge